Jan K. Tomasik, Esq.
Nevada Bar No.15104
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
COZEN O'CONNOR
500 North Rainbow Blvd., Suite 300
Las Vegas, NV  89107
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: JTomasik@cozen.com
Email: JARich@cozen.com
*Attorney for Axis Insurance Company.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY WAYNE THORN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AXIS INSURANCE COMPANY, an insurance company doing business in Nevada; DOES I through X, inclusive; XYZ CORPORATIONS XI through XX; and ABC LIMITED LIABILITY COMPANIES XXI through XXX,<br><br>Defendants. | CASE NO. 2:23-cv-02093-JAD-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

1.  **Meeting**: The parties conducted the Rule 26(f) conference on January 17, 2024.

2.  **Pre-Discovery Disclosures**: The parties have not yet served their Rule 26(a)(1) disclosures, but have agreed to do so no by no later than January 31, 2024.

3.  **Discovery Plan**: The parties propose a standard discovery period of 180 days, measured from removal on December 19, 2023. The parties met on January 17, 2024 for the Rule 26(f) conference and propose the following:

/ / /

/ / /

/ / /

|                                                    | **Discovery Schedule**            |
| -------------------------------------------------- | --------------------------------- |
| Amending the Pleadings and Adding Parties          | ~~April 17, 2024~~ **March 18, 2024** |
| Initial Expert Disclosures                         | April 17, 2024                    |
| Rebuttal Expert Disclosures                        | May 17, 2024                      |
| Discovery Closes                                   | June 17, 2024                     |
| Dispositive Motions                                | July 17, 2024                     |
| Pre-Trial Order, if no Dispositive Motions         | August 16, 2024                   |

The parties certify that they have conferred about the possibility of using alternative dispute resolution processes, but concluded they are not mutually beneficial at this time. The parties also considered consent to trial by a magistrate judge and the use of the Short Trial Program. Further, the parties have discussed electronic evidence, but to date have no electronic evidence to present.

Dated: January 22nd, 2024

**COZEN O'CONNOR**

/s/ *Jonathan A. Rich*

Jan K. Tomasik, Esq.
Nevada Bar No.15104
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
500 North Rainbow Blvd., Suite 300
Las Vegas, Nevada  89107
*Attorneys for Defendant*
*Axis Insurance Company*

Dated: January 22nd, 2024

**KIDWELL & GALLAGHER**

/s/ *Barbara W. Gallagher*

Barbara W. Gallagher
Nevada Bar No. 5315
790 Commercial Street
Elko, Nevada 89801
*Attorneys for Plaintiff*
*Johnny Wayne Thorn*

**ORDER**

Having reviewed the parties' Stipulation, the Court finds that the deadline to amend pleadings and add parties deviates from LR 26-1(b)(2) and therefore modifies it. Accordingly, the stipulation is **granted in part** and **denied in part**.  The deadline for amending pleadings and adding parties is March 18, 2024.  IT IS SO ORDERED.

DATED: 1/25/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1

## **CERTIFICATE OF SERVICE**

2

     Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of COZEN O'CONNOR, and that

3

on this 22nd day of January, 2024, I served a true and correct copy of the foregoing **STIPULATED**

4

**DISCOVERY PLAN AND SCHEDULING ORDER** as follows:

5

☐    by placing same to be deposited for mailing in the United States Mail, in a sealed

6

       envelope upon which first class postage was prepaid in Las Vegas, Nevada;

7

☒    via electronic means by operation of the Court's electronic filing system, upon each
       party in this case who is registered as an electronic case filing user with the Clerk;

8

9

| Barbara W. Gallagher, Esq.<br>KIDWELL & GALLAGHER, LTD.<br>790 Commercial Street<br>Elko, NV 89801<br>Email: barbara@kidwellgallager.com<br><br>*Attorneys for Plaintiff* | |

10

11

12

13

14

                    By: /s/ *Sherry Harper*
                         An Employee of Cozen O'Connor

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Harper, Sherry

| | |
|---|---|
| **From:** | Barbara Gallagher <barbara@kidwellgallagher.com> |
| **Sent:** | Monday, January 22, 2024 11:01 AM |
| **To:** | Rich, Jonathan A. |
| **Cc:** | Cassie Wolf; Hampton, Regina |
| **Subject:** | Re: Thorn v. Axis Insurance Co re: Confirmation on Proposed Discovery Scheduling Order |

**\*\*EXTERNAL SENDER\*\***

Good morning,

Thank you for getting this done.  You have my permission to affix my signature and get this filed.

Barbara W. Gallagher, Esq.
Kidwell & Gallagher, Ltd.
790 Commercial Street
Elko, NV 89801
O: 775.738.1000
Barbara@kidwellgallagher.com


On Jan 22, 2024, at 9:19 AM, Rich, Jonathan A. <JARich@cozen.com> wrote:


Good Morning Barbara,

Attached for your review is a copy of the parties proposed Discovery Scheduling Order. Please let us know if we are ok to finalize and affix e-signatures prior to submitting to the Court.


Respectfully,



**Jonathan A. Rich**
**Associate Attorney | Cozen O'Connor**
500 North Rainbow Blvd, Suite 300 | Las Vegas, NV 89107
P: 702-470-2324 F: 702 470 2359
Email | Map | cozen.com

**From:** Rich, Jonathan A.
**Sent:** Monday, January 22, 2024 8:16 AM
**To:** 'Barbara Gallagher' <barbara@kidwellgallagher.com>
**Cc:** Cassie Wolf <cassie@kidwellgallagher.com>; Hampton, Regina <RHampton@cozen.com>
**Subject:** Re: Thorn v. Axis Insurance Co re: Confirmation on Proposed Joint Status Report

Good Morning Barbara,

I hope you had a good weekend. Attached is a copy of the proposed Joint Status Report, please let us know if you have any additional revisions, or if we are ok to affix your e-signature and submit to the Court.

Respectfully,



**Jonathan A. Rich**
**Associate Attorney | Cozen O'Connor**
500 North Rainbow Blvd, Suite 300 | Las Vegas, NV 89107
P: 702-470-2324 F: 702 470 2359
Email | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

<Stipulated Discovery Plan and Scheduling Order.docx>