Jan K. Tomasik, Esq.
Nevada Bar No.15104
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
COZEN O'CONNOR
500 North Rainbow Blvd., Suite 300
Las Vegas, NV  89107
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: JTomasik@cozen.com
Email: JARich@cozen.com
*Attorney for Axis Insurance Company.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY WAYNE THORN, an individual, | CASE NO. 2:23-cv-02093-JAD-DJA |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |
| AXIS INSURANCE COMPANY, an insurance company doing business in Nevada; DOES I through X, inclusive; XYZ CORPORATIONS XI through XX; and ABC LIMITED LIABILITY COMPANIES XXI through XXX, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff JOHNNY WAYNE THORN ("Plaintiff") and Defendant AXIS INSURANCE COMPANY ("Defendant") (together, the "Parties"), through each Parties' counsel of record, hereby file this Joint Stipulation to Extend Discovery Deadlines (First Request) (the "Motion"). This Motion is filed in accordance with LR 26-3. For the reasons set forth below, the Parties respectfully request this Court extend the current discovery deadlines by one hundred and twenty (120) days. This is the first motion to extend the discovery deadlines.

### I. INTRODUCTION

This is an action by Plaintiff against Defendant seeking benefits under a underinsured motorist policy. On November 16, 2020, Plaintiff claims that he sustained injuries arising out of a motor vehicle accident. Plaintiff claims that as a result of the subject accident, he underwent a anterior cervical discectomy and fusion surgery. Plaintiff's past medical expenses equate to $159,961.97 and a wage loss claim for $111,011.54.

### II. DISCOVERY COMPLETED TO DATE

1. The parties conducted the Rule 26(f) conference on January 17, 2024.
2. The parties have exchanged their Rule 26(a)(1) disclosures and supplements thereto.
3. The parties have propounded and responded to written discovery.

### III. DISCOVERY TO BE COMPLETED

1. The parties are continually attempting to obtain Plaintiff's pre-accident medical records and films. The parties have been diligently working to obtain medical records thus far.
2. The parties have scheduled a mediation to take place on August 12, 2024 as explained below.'
3. Before mediation, the parties will notice Plaintiff's deposition.
4. Additional written discovery
5. Additional depositions
6. Expert disclosures
7. Rebuttal expert disclosures
8. Expert depositions

### IV. REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME LIMITS AND NEED FOR DISCOVERY TO BE EXTENDED

This is the first request to extend discovery deadlines. Good cause also exists in that the parties have been active in discovery, and have scheduled a mediation of this case after the requisite discovery has been taken to do so. Additionally, the parties are still obtaining relevant medical records related to Plaintiff's preexisting neck conditions pre-dating the subject accident. **The parties have scheduled a mediation with Hon. Trevor Atkins (Ret.) to take place on August 12, 2024**. Before the mediation

takes place, the parties will also notice a deposition of Plaintiff. As such, the parties request a 120-day extension to the below future deadlines and trial dates.

**V.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

| EVENT | EXISTING DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Last Day to File Motion to Amend Pleadings/Add Parties | **March 18, 2024** | **CLOSED** |
| Initial Expert Disclosures | **April 17, 2024** | **August 15, 2024** |
| Rebuttal Expert Disclosures | **May 17, 2024** | **September 16, 2024** |
| Completion of Discovery | **June 17, 2024** | **October 15, 2024** |
| Dispositive Motions | **July 17, 2024** | **November 14, 2024** |

*///*

3

70021752\1

WHEREFORE, the Parties respectfully request that the Court extend the current discovery deadlines by one hundred and twenty (120) days.

| Dated: April 16, 2024 | Dated: April 16, 2024 |
|---|---|
| **COZEN O'CONNOR** | **KIDWELL & GALLAGHER** |
| | |
| */s/ Jan K. Tomasik* | */s/ Barbara W. Gallagher* |
| Jan K. Tomasik, Esq. | Barbara W. Gallagher |
| Nevada Bar No.15104 | Nevada Bar No. 5315 |
| Jonathan A. Rich, Esq. | 790 Commercial Street |
| Nevada Bar No. 15312 | Elko, Nevada 89801 |
| 500 North Rainbow Blvd., Suite 300 | *Attorneys for Plaintiff Johnny Wayne Thorn* |
| Las Vegas, Nevada  89107 | |
| *Attorneys for Defendant Axis Insurance Company* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 4/17/2024

4

70021752\1

| | |
|---|---|
| **From:** | Barbara Gallagher |
| **To:** | Tomasik, Jan K. |
| **Cc:** | cassie@kidwellgallagher.com; Rich, Jonathan A.; Calderon, Erika; Hampton, Regina |
| **Subject:** | Re: FW: Activity in Case 2:23-cv-02093-JAD-DJA Thorn v. Axis Insurance Company Order on Stipulation |
| **Date:** | Tuesday, April 16, 2024 9:29:19 AM |

**\*\*EXTERNAL SENDER\*\***

Looks good, thank you. You may affix my e-signature.

On Tue, Apr 16, 2024 at 9:04 AM Tomasik, Jan K. <JTomasik@cozen.com> wrote:

> Hi Barbara,
>
> I amended the joint motion to extend, per yesterday's minute order instructions. Please let me know if we may affix your e-signature for filing today.
>
> If you require any changes, please let us know.
>
> Thx
>
> 
>
> **Jan K. Tomasik, Esq.**
> **Office Managing Attorney | Cozen O'Connor**
> 500 North Rainbow Blvd. Suite 300, Las Vegas, NV 89107
> Cell / Text: 702-806-1138 - O: 702-470-2317 -  F: 702-470-2353
> Email | Map | cozen.com
>
> **From:** Barbara Gallagher <barbara@kidwellgallagher.com>
> **Sent:** Monday, April 15, 2024 5:14 PM
> **To:** Tomasik, Jan K. <JTomasik@cozen.com>
> **Cc:** cassie@kidwellgallagher.com; Rich, Jonathan A. <JARich@cozen.com>
> **Subject:** Re: FW: Activity in Case 2:23-cv-02093-JAD-DJA Thorn v. Axis Insurance Company Order on Stipulation
>
> **\*\*EXTERNAL SENDER\*\***
>
> I just saw that and sorry I did not catch that either.  I will look for it in the morning.  Thanks.

On Mon, Apr 15, 2024 at 4:01 PM Tomasik, Jan K. <JTomasik@cozen.com> wrote:

> Hi Barbara,
>
> It looks like I made an error in the stip. I will look at this in the AM and send over a revised version of the stipulation for your review.
>
> Thx,
>
> 
> **Jan K. Tomasik, Esq.**
> **Office Managing Attorney | Cozen O'Connor**
> 500 North Rainbow Blvd. Suite 300, Las Vegas, NV 89107
> Cell / Text: 702-806-1138 - O: 702-470-2317 -  F: 702-470-2353
> Email | Map | cozen.com
>
> **From:** cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
> **Sent:** Monday, April 15, 2024 3:39 PM
> **To:** cmecfhelpdesk@nvd.uscourts.gov
> **Subject:** Activity in Case 2:23-cv-02093-JAD-DJA Thorn v. Axis Insurance Company Order on Stipulation
>
>
> **\*\*EXTERNAL SENDER\*\***
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **United States District Court**
>
> **District of Nevada**
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 4/15/2024 at 3:39 PM PDT and filed on 4/15/2024

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of COZEN O'CONNOR, and that on this 16th day of April, 2024, I served a true and correct copy of the foregoing **JOINT MOTION TO EXTEND DISCOVERY** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Barbara W. Gallagher, Esq.
KIDWELL & GALLAGHER, LTD.
790 Commercial Street
Elko, NV 89801
Email: barbara@kidwellgallager.com

*Attorneys for Plaintiff*

By */s/ Marison Zafra*
An Employee of Cozen O'Connor

5

70021752\1