Jan K. Tomasik, Esq.
Nevada Bar No.15104
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
COZEN O'CONNOR
1180 North Town Center Drive
Suite 260
Las Vegas, NV 89144
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: JTomasik@cozen.com
Email: JARich@cozen.com
*Attorney for Axis Insurance Company.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY WAYNE THORN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AXIS INSURANCE COMPANY, an insurance company doing business in Nevada; DOES I through X, inclusive; XYZ CORPORATIONS XI through XX; and ABC LIMITED LIABILITY COMPANIES XXI through XXX,<br><br>Defendants. | CASE NO. 2:23-cv-02093-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>[ECF No. 22] |

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above captioned lawsuit, by and through their respective attorneys of record, that all of Plaintiff's claims in this matter be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

/ / /

/ / /

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 15, 2024 | Dated: October 15, 2024 |
| **COZEN O'CONNOR** | **KIDWELL & GALLAGHER** |
| /s/ *Jan K. Tomasik* | /s/ *Barbara W. Gallagher* |
| Jan K. Tomasik, Esq.<br>Nevada Bar No.15104<br>Jonathan A. Rich, Esq.<br>Nevada Bar No. 15312<br>1180 North Town Center Drive<br>Suite 260<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant*<br>*Axis Insurance Company* | Barbara W. Gallagher<br>Nevada Bar No. 5315<br>790 Commercial Street<br>Elko, Nevada 89801<br><br>*Attorneys for Plaintiff*<br>*Johnny Wayne Thorn* |

2

# ORDER

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

                                                            U.S. District Judge Jennifer A. Dorsey
                                                                             October 16, 2024

*Respectfully submitted by:*

*/s/ Jan K. Tomasik*
Jan K. Tomasik, Esq.
Nevada Bar No.15104
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
COZEN O'CONNOR
1180 North Town Center Drive
Suite 260
Las Vegas, NV 89144

*Attorneys for Defendant*
*Axis Insurance Company*